1 | Timothy A Canning, Bar No: 148336    (707) 822-1620
2 | LAW OFFICE OF TIMOTHY CANNING
   P.O. Box 4201
3 | Arcata, CA 95518

4 | Representing: Petitioner     File No. Knight

**ORIGINAL FILED**
07 JUN -1 PM 2:57
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BY FAX

United States District Court

Northern District of California

Robert J. Knight

    Plaintiff/Petitioner

    vs.

Merrill Lynch, Pierce, Fenner & Smith

    Defendant/Respondent

Case No: C072753 SC

Proof of Service of:
Petition to Vacate

Service on:
Merrill Lynch, Pierce, Fenner & Smith

Hearing Date:
Hearing Time:
Div/Dept:

PROOF OF SERVICE

FF# 6641445

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Timothy A Canning, 148336<br>LAW OFFICE OF TIMOTHY CANNING<br>P.O. Box 4201<br>Arcata, CA 95518 | (707) 822-1620 | |
| ATTORNEY FOR *(Name)*: Petitioner | Ref. No. or File No.<br>Knight | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

Robert J. Knight

DEFENDANT:

Merrill Lynch, Pierce, Fenner & Smith

**PROOF OF SERVICE**

| DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|
| | | | C072753 SC |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Petition to Vacate

**BY FAX**

2. Party Served: Merrill Lynch, Pierce, Fenner & Smith

3. Person Served: Margaret Wilson - Person authorized to accept service of process

4. Date & Time of Delivery: May 29, 2007     3:50 pm

5. Address, City and State: 818 WEST SEVENTH STREET
LOS ANGELES, CA 90017

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 14.95

Registered California process server.
County: LOS ANGELES
Registration No.:4553
Expiration: October 17, 2007

One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on May 31, 2007 at Los Angeles, California.

Signature: _____

Jimmy Lizama

FF# 6641445