1 | RUBIN, FORTUNATO & HARBISON P.C.
MICHAEL J. FORTUNATO (Pa. Bar No. 58917)
2 | PATRICIA BAILEY TSIPRAS (Pa. Bar No. 85677)
10 South Leopard Road
3 | Paoli, PA 19301
Telephone:   (610) 408-2000
4 | Facsimile:    (610) 854-4301
E-mail:        ptsipras@rubinfortunato.com

MENNEMEIER, GLASSMAN & STROUD LLP
6 | KENNETH C. MENNEMEIER (SBN 113973)
980 9th Street, Suite 1700
7 | Sacramento, CA 95814
Telephone:   (916) 553-4000
8 | Facsimile:    (916) 553-4011
E-mail:        kcm@mgslaw.com

Attorneys for Defendant
10 | MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED

RECEIVED
07 JUN 12 AM 10: 44
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUN 1 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. KNIGHT, | CASE NO: CV 07-02753 SC |
| Plaintiff, | [Proposed] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED, | |
| Defendant. | |

Michael J. Fortunato, an active member in good standing of the bar of Pennsylvania, whose business address and telephone number are listed above, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Merrill Lynch, Pierce, Fenner & Smith, Incorporated,

/ / /

1       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
2 and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*
3 *hac vice*. Service of papers upon and communication with co-counsel designated in the
4 application will constitute notice to the party. All future filings in this action are subject to the
5 requirements contained in General Order No. 45, *Electronic Case Filing*.
6       IT IS SO ORDERED.

8 Dated: 6/18/07

                                  SAMUEL CONTI
                                  UNITED STATES DISTRICT JUDGE