| | |
|---|---|
| 1 | RUBIN, FORTUNATO & HARBISON P.C. |
|   | MICHAEL J. FORTUNATO (Pa. Bar No. 58917) |
| 2 | PATRICIA BAILEY TSIPRAS (Pa. Bar No. 85677) |
|   | 10 South Leopard Road |
| 3 | Paoli, PA 19301 |
|   | Telephone:   (610) 408-2000 |
| 4 | Facsimile:    (610) 854-4301 |
|   | E-mail:       ptsipras@rubinfortunato.com |

RECEIVED
07 JUN 12 AM 10: 44

**FILED**

JUN 1 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MENNEMEIER, GLASSMAN & STROUD LLP
KENNETH C. MENNEMEIER (SBN 113973)
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone:   (916) 553-4000
Facsimile:    (916) 553-4011
E-mail:       kcm@mgslaw.com

Attorneys for Defendant
MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT J. KNIGHT,                    )   CASE NO: CV 07-02753 SC
                                     )
        Plaintiff,                   )   [Proposed] ORDER GRANTING
                                     )   APPLICATION FOR ADMISSION OF
v.                                   )   ATTORNEY *PRO HAC VICE*
                                     )
MERRILL LYNCH, PIERCE, FENNER &      )
SMITH, INCORPORATED,                 )
                                     )
        Defendant.                   )
                                     )
_____)

Patricia Bailey Tsipras, an active member in good standing of the bar of Pennsylvania, whose business address and telephone number are listed above, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Merrill Lynch, Pierce, Fenner & Smith, Incorporated,

/ / /

1  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
2  and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*
3  *hac vice*. Service of papers upon and communication with co-counsel designated in the
4  application will constitute notice to the party. All future filings in this action are subject to the
5  requirements contained in General Order No. 45, *Electronic Case Filing*.
6  IT IS SO ORDERED.
7
8  Dated: 6/18/07

SAMUEL CONTI
UNITED STATES DISTRICT JUDGE