1  RUBIN, FORTUNATO & HARBISON P.C.
2  MICHAEL J. FORTUNATO (Pa. Bar No. 58917) (Admitted *pro hac vice*)
   PATRICIA BAILEY TSIPRAS (Pa. Bar. No. 85677) (Admitted *pro hac vice*)
3  10 South Leopard Road
   Paoli, PA 19301
4  Telephone:    (610) 408-2000
5  Facsimile:    (610) 854-4301
   E-mail:       ptsipras@rubinfortunato.com
6
7  MENNEMEIER, GLASSMAN & STROUD LLP
   KENNETH C. MENNEMEIER (SBN 113973)
8  980 9th Street, Suite 1700
   Sacramento, CA 95814
9  Telephone:    (916) 553-4000
   Facsimile:    (916) 553-4011
10 E-mail:       kcm@mgslaw.com
11
12 Attorneys for Respondent
   MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED
13
14
                        IN THE UNITED STATES DISTRICT COURT
15
                       FOR THE NORTHERN DISTRICT OF CALIFORNIA
16
                                   SAN FRANCISCO DIVISION
17
18
19 ROBERT J. KNIGHT,                        )
20                                          )   CASE NO: CV 07-02753 SC
                                            )
21              Petitioner,                 )
                                            )   Date: September 7, 2007
22 v.                                       )
                                            )   Time: 10:00 a.m.
23                                          )
   MERRILL LYNCH, PIERCE, FENNER &          )
24 SMITH INCORPORATED,                      )   **MERRILL LYNCH'S NOTICE OF MOTION**
                                            )   **AND MOTION TO CONFIRM ARBITRATION**
25              Respondent.                 )   **AWARD**
                                            )
26                                          )
                                            )
27
28

Merrill Lynch's Notice of Motion and Motion to Confirm Arbitration Award – CV 07-02753 SC

On September 7, 2007, at 10:00 a.m. in Courtroom 1, Respondent Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Merrill Lynch") will move the Court for orders (1) denying the Petition and Application to Vacate Arbitration Award filed by Robert J. Knight; and (2) granting Merrill Lynch's Motion to Confirm the arbitration award rendered on May 18, 2007 by a panel of National Association of Securities Dealers ("NASD") arbitrators in the case of <u>Robert J. Knight v. Merrill Lynch, Patricia Gail Williams, and George Scott Ralston</u>, NASD No. 06-03430 ("*Award*").

This motion is made because no grounds exist to vacate the *Award* and therefore, under Section 9 of Title 9 of the United States Code, it must be confirmed. This motion is based on this *Notice*, Merrill Lynch's *Memorandum of Points and Authorities in Opposition to Knight's Petition and Application to Vacate Arbitration Award and in Support of Merrill Lynch's Motion to Confirm Arbitration Award*, and the accompanying *Declaration of Patricia Bailey Tsipras.*[1]

Merrill Lynch respectfully requests that this Court enter an Order denying Petitioner's Petition and Application to Vacate Arbitration Award and granting Merrill Lynch's Motion to Confirm.

Dated: July 27, 2007         RUBIN, FORTUNATO & HARBISON P.C.

By:   /s/ Patricia Bailey Tsipras
      Michael J. Fortunato, Esquire
      Patricia Bailey Tsipras, Esquire

      Attorneys for Respondent
      Merrill Lynch, Pierce, Fenner & Smith Incorporated

---

[1] All of these pleadings have been filed simultaneously herewith. Because the same Points, Authorities, and Declaration apply to both Merrill Lynch's *Opposition to Knight's Petition/Application to Vacate Arbitration Award* and Merrill Lynch's *Motion to Confirm Arbitration Award*, Merrill Lynch relies on the simultaneously-filed pleadings, rather than filing duplicate pleadings, in support of this *Motion to Confirm.* <u>See</u> Civil L.R. 7-2.