RUBIN, FORTUNATO & HARBISON P.C.
MICHAEL J. FORTUNATO (Pa. Bar No. 58917) (Admitted *pro hac vice*)
PATRICIA BAILEY TSIPRAS (Pa. Bar No. 85677) (Admitted *pro hac vice*)
10 South Leopard Road
Paoli, PA 19301
Telephone:     (610) 408-2000
Facsimile:      (610) 854-4301
E-mail:          ptsipras@rubinfortunato.com

MENNEMEIER, GLASSMAN & STROUD LLP
KENNETH C. MENNEMEIER (SBN 113973)
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone:     (916) 553-4000
Facsimile:      (916) 553-4011
E-mail:          kcm@mgslaw.com

Attorneys for Respondent
MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT J. KNIGHT,<br><br>   Petitioner,<br><br>v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED,<br><br>   Respondent. | CASE NO:  CV 07-02753 SC<br><br>**[PROPOSED] ORDER DENYING KNIGHT'S PETITION AND APPLICATION TO VACATE ARBITRATION AWARD AND GRANTING MERRILL LYNCH'S MOTION TO CONFIRM ARBITRATION AWARD** |

AND NOW, this _____ day of _____, 2007, upon consideration of the Petitioner's *Petition and Application to Vacate Arbitration Award*, and any responses thereto, and Respondent's *Motion to Confirm Arbitration Award*, and any responses thereto, and for good cause shown, it is hereby ORDERED and DECREED that:

- Petitioner's *Petition and Application to Vacate Arbitration Award* is DENIED; and
- Respondent's *Motion to Confirm Arbitration Award* is GRANTED.

IT IS SO ORDERED.

Dated: _____, 2007    _____
    SAMUEL CONTI
    UNITED STATES DISTRICT JUDGE