1  TIMOTHY A. CANNING,   Cal. State Bar No. 148336
   Law Offices of Timothy A. Canning
2  1125 16th St., Suite 204
3  PO Box 4201
   Arcata, CA 95518
4  (707) 822-1620;  Fax: (707) 760-3523
   tc@tclaws.com
5
6  Attorney for Petitioner Robert J. Knight

7
8              IN THE UNITED STATES DISTRICT COURT
9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                    SAN FRANCISCO DIVISION
11

| | |
|---|---|
| In the matter of the arbitration between | |
| | Case No. CV 07-02753  SC |
| ROBERT J. KNIGHT, | |
| | PETITIONER KNIGHT'S |
| Petitioner | CERTIFICATION OF INTERESTED |
| and | ENTITIES OR PERSONS |
| | |
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. | |
| | |
| Respondent | |

20     Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other
21  than the named parties, there is no such interest to report.
22
23                                          Law Offices of Timothy A. Canning
24
25  Dated:  August 14, 2007         By: _____
                                          Timothy A. Canning
26                                        Attorney for Petitioner Robert J. Knight
27
28

Knight's Certification of Interested Entities or Persons        CV 07-02753 SC