1  RUBIN, FORTUNATO & HARBISON P.C.
2  MICHAEL J. FORTUNATO (Pa. Bar No. 58917) (Admitted *pro hac vice*)
   PATRICIA BAILEY TSIPRAS (Pa. Bar. No. 85677) (Admitted *pro hac vice*)
3  10 South Leopard Road
   Paoli, PA 19301
4  Telephone:     (610) 408-2000
   Facsimile:     (610) 854-4301
5  E-mail:        ptsipras@rubinfortunato.com

6  MENNEMEIER, GLASSMAN & STROUD LLP
7  KENNETH C. MENNEMEIER (SBN 113973)
   980 9th Street, Suite 1700
8  Sacramento, CA 95814
   Telephone:     (916) 553-4000
9  Facsimile:     (916) 553-4011
10 E-mail:        kcm@mgslaw.com

11 Attorneys for Respondent
   MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED
12

13

14              IN THE UNITED STATES DISTRICT COURT

15           FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                    SAN FRANCISCO DIVISION

17

18
   ROBERT J. KNIGHT,                    )
19                                       )    CASE NO:  CV 07-02753 SC
                 Petitioner,            )
20                                       )    **ADR CERTIFICATION BY PARTIES AND**
                                         )    **COUNSEL**
21 v.                                    )
                                         )
22 MERRILL LYNCH, PIERCE, FENNER &       )
   SMITH INCORPORATED,                   )
23                                       )
                 Respondent.            )
24                                       )
                                         )
25 _____     )

26

27

28

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1)    Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov;

(2)    Discussed the available dispute resolution options provided by the Court and private entities; and

(3)    Considered whether this case might benefit from any of the available dispute resolution options.


Dated:  August 17, 2007                    Merrill Lynch, Pierce, Fenner & Smith Incorporated
                                           Party


Dated:  August 17, 2007                    /s/ Patricia Bailey Tsipras
                                           Counsel