RUBIN, FORTUNATO & HARBISON P.C.
MICHAEL J. FORTUNATO (Pa. Bar No. 58917) (Admitted *pro hac vice*)
PATRICIA BAILEY TSIPRAS (Pa. Bar. No. 85677) (Admitted *pro hac vice*)
10 South Leopard Road
Paoli, PA 19301
Telephone:    (610) 408-2000
Facsimile:    (610) 854-4301
E-mail:       ptsipras@rubinfortunato.com

MENNEMEIER, GLASSMAN & STROUD LLP
KENNETH C. MENNEMEIER (SBN 113973)
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone:    (916) 553-4000
Facsimile:    (916) 553-4011
E-mail:       kcm@mgslaw.com

Attorneys for Respondent
MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT J. KNIGHT,<br><br>            Petitioner,<br><br>v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED,<br><br>            Respondent. | CASE NO:  CV 07-02753 SC<br><br>**MERRILL LYNCH'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  August 17, 2007                              RUBIN, FORTUNATO & HARBISON P.C.

                                                By:   /s/ Patricia Bailey Tsipras
                                                      Michael J. Fortunato, Esquire
                                                      Patricia Bailey Tsipras, Esquire

                                                      Attorneys for Respondent
                                                      Merrill Lynch, Pierce, Fenner & Smith Incorporated