RUBIN, FORTUNATO & HARBISON P.C.
MICHAEL J. FORTUNATO (Pa. Bar No. 58917) (Admitted *pro hac vice*)
PATRICIA BAILEY TSIPRAS (Pa. Bar. No. 85677) (Admitted *pro hac vice*)
10 South Leopard Road
Paoli, PA 19301
Telephone:    (610) 408-2000
Facsimile:    (610) 854-4301
E-mail:    ptsipras@rubinfortunato.com

MENNEMEIER, GLASSMAN & STROUD LLP
KENNETH C. MENNEMEIER (SBN 113973)
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone:    (916) 553-4000
Facsimile:    (916) 553-4011
E-mail:    kcm@mgslaw.com

Attorneys for Respondent
MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT J. KNIGHT,<br><br>    Petitioner,<br><br>v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED,<br><br>    Respondent. | CASE NO: CV 07-02753 SC<br><br>Date: September 7, 2007<br>Time: 10:00 a.m.<br><br>**DECLARATION OF PATRICIA BAILEY TSIPRAS IN RESPONSE TO REQUEST FOR JUDICIAL NOTICE** |

I, Patricia Bailey Tsipras, declare as follows:

1. I am an Associate with the law firm of Rubin, Fortunato & Harbison P.C., attorneys of record for Respondent Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Merrill Lynch"). I am licensed to practice before the courts of the Commonwealth of Pennsylvania and before the courts of the Eastern District of Pennsylvania. I have been admitted *pro hac vice* in this action. I was counsel for Merrill Lynch in the underlying National Association of Securities Dealers ("NASD") arbitration.

2. If called as a witness, I could and would competently testify to the facts set forth below as I know each to be true based upon my own personal knowledge or upon my review of the records and files maintained by Rubin, Fortunato & Harbison P.C. in the regular course of the firm's representation of Merrill Lynch in this matter.

3. Petitioner Robert J. Knight ("Knight") requests that this Court take judicial notice of the March 6, 2006 Edition of the National Association of Securities Dealers ("NASD") Dispute Resolution Arbitrator's Reference Guide, National Edition ("Reference Guide").

4. Knight did not attach the entire Reference Guide to his request for judicial notice and the edition he relies upon is not available at the website he cited in his papers (http://www.finra.org/ArbitrationMediation/index.htm).

5. However, a June 2007 Edition of the FINRA Dispute Resolution Arbitrator's Reference Guide is available at that website.

6. The FINRA Reference Guide appears to be substantially similar to the Reference Guide upon which Knight relies.

7. True and correct copies of the provisions of the FINRA Reference Guide cited by Merrill Lynch in its *Response to Knight's Request for Judicial Notice* are attached as Exhibit A hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 29, 2007 in Paoli, Pennsylvania.

       /s/ Patricia Bailey Tsipras_____
      PATRICIA BAILEY TSIPRAS