| | |
|---|---|
| 1 | RUBIN, FORTUNATO & HARBISON P.C. |
| 2 | MICHAEL J. FORTUNATO (Pa. Bar No. 58917) (Admitted *pro hac vice*) |
|   | PATRICIA BAILEY TSIPRAS (Pa. Bar No. 85677) (Admitted *pro hac vice*) |
| 3 | 10 South Leopard Road |
|   | Paoli, PA 19301 |
| 4 | Telephone:  (610) 408-2000 |
|   | Facsimile:  (610) 854-4301 |
| 5 | E-mail:  ptsipras@rubinfortunato.com |

MENNEMEIER, GLASSMAN & STROUD LLP
KENNETH C. MENNEMEIER (SBN 113973)
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone:  (916) 553-4000
Facsimile:  (916) 553-4011
E-mail:  kcm@mgslaw.com

Attorneys for Respondent
MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT J. KNIGHT, ) | CASE NO:  CV 07-02753 SC |
| Petitioner, ) | |
| v. ) | |
| MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, ) | **[PROPOSED] CASE MANAGEMENT ORDER** |
| Respondent. ) | |

1  The Joint Case Management Statement is hereby adopted by the Court as the Case
2  Management Order for the case and the parties are ordered to comply with the Order.

Dated: _____, 2007

SAMUEL CONTI
UNITED STATES DISTRICT JUDGE