TIMOTHY A. CANNING,   Cal. State Bar No. 148336
Law Offices of Timothy A. Canning
1125 16th St., Suite 204
PO Box 4201
Arcata, CA 95518
(707) 822-1620;  Fax: (707) 760-3523
tc@tclaws.com

Attorney for Petitioner Robert J. Knight

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In the matter of the arbitration between | Case No. CV 07-02753 |
| ROBERT J. KNIGHT, | [PROPOSED] ORDER  GRANTING KNIGHT'S PETITION AND APPLICATION TO VACATE ARBITRATION AWARD AND DENYING  MERRILL LYNCH'S MOTION TO CONFIRM <u>ARBITRATION AWARD</u> |
| Petitioner | |
| and | |
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. | |
| Respondent | Date: September 7, 2007<br>Time: 10:00 am<br>Courtroom:    1 |

   The motion of respondent MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. for an order confirming an arbitration award in the matter of  Robert J. Knight v. Merrill Lynch,  NASD case no. 06- 03430,  and petitioner ROBERT J. KNIGHT's petition and application  to vacate said arbitration award,  came on for hearing on  September 7, 2007, before the Honorable Samuel Conti, Judge of the United States District Court.

   Upon reviewing the papers and evidence filed in conjunction with the above-stated motions, and good cause appearing therefore,

///

1

[Proposed] ORDER GRANTING PETITION TO VACATE     CV 07-02753 SC

1       IT IS ORDERED that the arbitration award entered in the arbitration proceeding
2 known as Robert J. Knight v. Merrill Lycnh, NASD case no. 06-03430, should be and hereby is
3 vacated, and the underlying matter is hereby ordered to hearing before a different panel of
4 NASD arbitrators. Respondent Merrill Lynch's motion to confirm the arbitration award should
5 be and hereby is denied.
6       IT IS SO ORDERED.

Dated:   September __, 2007          _____
                                                      Hon. Samuel Conti
                                                      Judge, United States District Court

[Proposed] ORDER GRANTING PETITION TO VACATE    CV 07-02753 SC