TIMOTHY A. CANNING,  Cal. State Bar No. 148336
Law Offices of Timothy A. Canning
1125 16th St., Suite 204
PO Box 4201
Arcata, CA 95518
(707) 822-1620;  Fax: (707) 760-3523
tc@tclaws.com

Attorney for Petitioner Robert J. Knight

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In the matter of the arbitration between | Case No. CV 07-02753 |
| ROBERT J. KNIGHT, | PETITIONER KNIGHT'S REPLY IN SUPPORT OF HIS REQUEST FOR JUDICIAL NOTICE |
| Petitioner | |
| and | |
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. | Date: September 7, 2007<br>Time: 10:00 am<br>Courtroom: 1 |
| Respondent | |

Petitioner Robert J. Knight replies to respondent Merrill Lynch's objection to his request for judicial notice.

**A. The NASD Code of Arbitration Procedure:** As to the NASD Code of Arbitration Procedure (Ex. A to the Request for Judicial Notice), Merrill Lynch itself cites to seven different NASD rules contained in the Code thirteen different times, in its motion to confirm /opposition to vacate. The entire code provides the context for those rules.   Further, respondent relies on the case, *Sheldon v. Vermonty* 269 F.3d 1202 (10th Cir. 2001), but failed to provide a copy of the NASD rules on which the court there relied (i.e., NASD rule 10214).  By noticing the entire set of rules, the Court will be in a better position to evaluate the parties'

Knight's Reply in Support of Request Judicial Notice in Support     CV 07-02753 SC

1  respective arguments regarding those rules (e.g., that rule 10214 applies only to statutory

2  discrimination cases, pursuant to rule 10210).  Hence, the NASD Code of Arbitration Procedure

3  is not superfluous or unnecessary.

4  **B. The NASD's Arbitrator Reference Guide**:  As to the NASD's Arbitrator's

5  Reference Guide, both parties cite to material contained in that Guide.  Respondent contends that

6  the arbitrators read a "script" that contained substantially the same material as the "script" for a

7  hearing (Respondent's Points and Authorities, p. 11); petitioner contends that the "script" for **a**

8  **hearing** was not read (Petitioner's Points & Authorities, p. 13.)  The portion of the Reference

9  Guide for which petitioner requested judicial notice contains a copy of the "prehearing

10  conference script" (Ex. B., p. 10) and a copy of the "hearing script" (Ex. B, p. 20).    The

11  "hearing script" was not read by the arbitrators at the prehearing conference.  That is one of the

12  many indicators that the prehearing conference at which the arbitrators decided to dismiss Mr.

13  Knight's arbitration claim was not a "hearing" as that term is defined by the NASD.

14  Hence, these sections of the Reference Guide are directly relevant to the issues.

15  **C. Respondents' Request for Judicial Notice:**    The material for which

16  respondent requests judicial notice is, however, irrelevant because of its date.  The "Reference

17  Guide" attached to respondent's request is dated **June, 2007** – **after** the arbitrators here had

18  already made their decision. In contrast, petitioner Knight attached excerpts from the **March,**

19  **2006** edition of the NASD's "Reference Guide", which was in effect at the time his arbitration

20  claim was filed (which was in July, 2006).    The Reference Guide on which respondents rely is

21  simply not probative to the issues raised in this matter.

22  For the foregoing reasons, respondent's objection to petitioner's request for

23  judicial notice should be denied, and respondent's request for judicial notice should also be

24  denied.                                                         Respectfully Submitted,

25                                                                       Law Offices of Timothy A. Canning

26  Dated:  August 31, 2007                        By: _____/S/_____

27                                                                                Timothy A. Canning

28                                                                                Attorney for Petitioner Robert J. Knight

Knight's Reply in Support of Request Judicial Notice in Support    CV 07-02753 SC