UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. KNIGHT,<br><br>        Plaintiff,<br><br>   v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED,<br><br>        Defendant. | No. C-07-2753 SC<br><br><u>JUDGMENT</u> |

In accordance with this Court's Order DENYING Plaintiff's Motion to Vacate NASD Arbitration Award No. 06-3430 and GRANTING Defendant's Motion to Confirm the Arbitration Award, it is hereby ORDERED that:

JUDGMENT shall be entered in favor of Defendant Merrill Lynch, Pierce, Fenner & Smith and against Plaintiff Robert J. Knight.

IT IS SO ORDERED.

Dated: March 26, 2008

                                                UNITED STATES DISTRICT JUDGE