```
                                        FILED
1   TIMOTHY A. CANNING, Cal. State Bar No. 148336
    1125 16th St., Suite 204              08 APR 22 PM 3: 33
2   PO Box 4201
                                          RICHARD W. WIEKING
3   Arcata, CA 95518                      CLERK, U.S. DISTRICT COURT
                                          NORTHERN DISTRICT OF CALIFORNIA
    (707) 822-1620; Fax: (707) 760-3523
4   tc@tclaws.com
5
    Attorney for Petitioner Robert J. Knight
6
                    IN THE UNITED STATES DISTRICT COURT
7
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
                           SAN FRANCISCO DIVISION
9
10                                  | Case No. CV 07-02753-SC
11  ROBERT J. KNIGHT,               |
                    Plaintiff       | PLAINTIFF'S NOTICE OF
12                                  | APPEAL TO THE UNITED
    v                               | STATES COURT OF APPEAL
13                                  | FOR THE NINTH CIRCUIT
14  MERRILL LYNCH, PIERCE,          |
    FENNER & SMITH, INC.            |
15                  Defendant       |
16
17      Robert J. Knight, plaintiff in the above-captioned action, appeals to
18  the United States Court of Appeal for the Ninth Circuit from the final judgment of
19  the district court, entered in this case on March 26, 2008, and all interlocutory
20  orders that gave rise to that judgment, including but not limited to the Order
21  Denying Plaintiff's Motion to Vacate and Granting Defendant's Motion to
22  Confirm Arbitration Award, filed on March 26, 2008.
23      Attached hereto is plaintiff/appellant's Representation Statement,
24  pursuant to Ninth Circuit rule 3-2(b).
25                                    Law Offices of Timothy A. Canning
26
27  Dated: April 22, 2008         By: /s/ Timothy A. Canning
28                                    Timothy A. Canning
                                      Attorney for Robert J. Knight
                                   1
```

Plaintiff's Notice of Appeal                                   CV 07-02753 SC

# REPRESENTATION STATEMENT

The undersigned represents Robert J. Knight, plaintiff and appellant in the above-captioned matter, and no other party. Following is a list that shows all of the parties to the action below, and identifies their counsel by name, firm, address, and telephone number..

      Rubin, Fortunato & Harbison, P.C.
      Michael J. Fortunato
      Patricia Bailey Tsipras
      10 S. Leopard Road
      Paoli, PA 19301
      (610) 408-2000 (voice)
      (610) 854-4301 (fax)

      Mennemeier, Glassman & Stroud, LLP
      Kenneth C. Mennemeier
      980 9th St., Suite 1700
      Sacramento, CA 95814
      (916) 553-4000 (voice)
      (616) 553-4011 (fax)

      Attorneys for defendant/appellee
      Merrill Lynch, Pierce, Fenner & Smith, Inc.

Respectfully submitted,

Law Offices of Timothy A. Canning

Dated: April 22, 2008

By: _(signature)_
Timothy A. Canning
1125 16th St., Suite 204
PO Box 4201
Arcata, CA 95518
(707) 822-1620 (voice)
(707) 760-3523 (fax)
tc@tclaws.com

2

Notice of Appeal                             CV 07-02753 SC