UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

April 24, 2008

**CASE INFORMATION:**
Short Case Title:  <u>ROBERT J KNIGHT</u>-v- <u>MERRILL LYNCH PIERCE FENNER & SMITH</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>Northern District: Senior Judge Samuel Conti</u>
Criminal and/or Civil Case No.:  <u>CV 07-02753 SC</u>
Date Complaint/Indictment/Petition Filed: <u>05/25/07</u>
Date Appealed order/judgment *entered* <u>3/26/08</u>
Date NOA *filed* <u>04/22/08</u>
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):    ☐ granted in full (attach order)      ☐ denied in full (send record)
                           ☐ granted in part (attach order)       ☐ pending

Court Reporter(s) Name & Phone Number: <u>None</u>

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: <u>4/22/08</u>          Date Docket Fee Billed:
Date FP granted:                              Date FP denied:
Is FP pending? ☐ yes  ☐ no                                        Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (tc@tclasw.com)
Appellate Counsel:                            Appellee Counsel: see docket sheet
Timothy A. Canning
1125 16th Street, Suite 204
P.O. Box 4201
Arcata, CA 95518
707 822-1620
☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                  Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                    9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Alfred Amistoso</u> 415 522-2006