```
FILED
08 APR 22 PM 3:33
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
```

TIMOTHY A. CANNING, Cal. State Bar No. 148336
1125 16th St., Suite 204
PO Box 4201
Arcata, CA 95518
(707) 822-1620; Fax: (707) 760-3523
tc@tclaws.com

Attorney for Petitioner Robert J. Knight

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT J. KNIGHT,<br><br>        Plaintiff<br><br>v<br><br>MERRILL LYNCH, PIERCE,<br>FENNER & SMITH, INC.<br><br>        Defendant | Case No. CV 07-02753-SC<br><br>PLAINTIFF'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT |

Robert J. Knight, plaintiff in the above-captioned action, appeals to the United States Court of Appeal for the Ninth Circuit from the final judgment of the district court, entered in this case on March 26, 2008, and all interlocutory orders that gave rise to that judgment, including but not limited to the Order Denying Plaintiff's Motion to Vacate and Granting Defendant's Motion to Confirm Arbitration Award, filed on March 26, 2008.

Attached hereto is plaintiff/appellant's Representation Statement, pursuant to Ninth Circuit rule 3-2(b).

Law Offices of Timothy A. Canning

Dated: April 22, 2008

By: _____
Timothy A. Canning
Attorney for Robert J. Knight

1

# REPRESENTATION STATEMENT

The undersigned represents Robert J. Knight, plaintiff and appellant in the above-captioned matter, and no other party. Following is a list that shows all of the parties to the action below, and identifies their counsel by name, firm, address, and telephone number..

       Rubin, Fortunato & Harbison, P.C.
       Michael J. Fortunato
       Patricia Bailey Tsipras
       10 S. Leopard Road
       Paoli, PA 19301
       (610) 408-2000 (voice)
       (610) 854-4301 (fax)

       Mennemeier, Glassman & Stroud, LLP
       Kenneth C. Mennemeier
       980 9th St., Suite 1700
       Sacramento, CA 95814
       (916) 553-4000 (voice)
       (616) 553-4011 (fax)

       Attorneys for defendant/appellee
       Merrill Lynch, Pierce, Fenner & Smith, Inc.

       Respectfully submitted,

       Law Offices of Timothy A. Canning

Dated:  April 22, 2008       By: _/s/ Timothy A. Canning_
       Timothy A. Canning
       1125 16th St., Suite 204
       PO Box 4201
       Arcata, CA 95518
       (707) 822-1620 (voice)
       (707) 760-3523 (fax)
       tc@tclaws.com