ADRMOP, APPEAL, CLOSED, E-Filing

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:07-cv-02753-SC
## Internal Use Only

| | |
|---|---|
| Knight v. Merrill Lynch, Pierce, Fenner & Smith, Incorporated | Date Filed: 05/25/2007 |
| Assigned to: Hon. Samuel Conti | Date Terminated: 03/26/2008 |
| Cause: 28:1331 Fed. Question | Jury Demand: None |
| | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: Federal Question |

**Petitioner**

**Robert J. Knight**  represented by  **Timothy A. Canning**
Law Offices of Timothy A. Canning
1125 16th St., Suite 204
PO Box 4201
Arcata, CA 95518
707-822-1620
Fax: 707-760-3523
Email: tc@tclaws.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Merrill Lynch, Pierce, Fenner & Smith, Incorporated**  represented by  **Michael J. Fortunato**
Rubin Fortunato & Harbison P.C.
10 South Leopard Road
Paoli, PA 19301-1534
(610) 408-2005
Fax: 610 854-4301
*ATTORNEY TO BE NOTICED*

**Patricia Bailey Tsipras**
Rubin, Fortunato & Harbison P.C.
10 South Leopard Rd.
Paoli, PA 19301
610-408-2029
Fax: 610-854-4301
Email: ptsipras@rubinfortunato.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/25/2007 | 1 | PETITION AND APPLICATION TO VACATE ARBITRATION AWARD against Merrill Lynch, Pierce, Fenner & Smith, Incorporated (Filing fee $350.00 receipt number 34611006721). Filed byRobert J. Knight. (aaa, Court Staff) (Filed on 5/25/2007) Additional attachment(s) added on 6/5/2007 (aaa, Court Staff). (Entered: 05/25/2007) |
| 05/25/2007 | | Summons Issued as to Merrill Lynch, Pierce, Fenner & Smith, Incorporated. (aaa, Court Staff) (Filed on 5/25/2007) (Entered: 05/25/2007) |
| 05/25/2007 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 8/31/2007. Case Management Conference set for 9/7/2007 10:00 AM. Signed by Senior Judge Samuel Conti on 5/25/07. (Attachments: # 1 SC Standing Order# 2 Standing Order)(aaa, Court Staff) (Filed on 5/25/2007) (Entered: 05/25/2007) |
| 05/25/2007 | | CASE DESIGNATED for Electronic Filing. (aaa, Court Staff) (Filed on 5/25/2007) (Entered: 05/25/2007) |
| 06/01/2007 | 3 | CERTIFICATE OF SERVICE by Robert J. Knight (aaa, Court Staff) (Filed on 6/1/2007) Additional attachment(s) added on 6/6/2007 (aaa, Court Staff). (Entered: 06/01/2007) |
| 06/04/2007 | 4 | WAIVER OF SERVICE Returned Executed filed by Robert J. Knight. Service waived by Merrill Lynch, Pierce, Fenner & Smith, Incorporated waiver sent on 5/29/2007, answer due 7/30/2007. (Canning, Timothy) (Filed on 6/4/2007) (Entered: 06/04/2007) |
| 06/05/2007 | 5 | CLERK'S NOTICE to Petitioner(s) Attorney(s) by e-mail or U.S. mail re: Failure to E-File/E-Mail re 3 Certificate of Service and/or Failure to Register as an E-Filer (aaa, Court Staff) (Filed on 6/5/2007) (Entered: 06/05/2007) |
| 06/12/2007 | 6 | MOTION for leave for admission of Attorney Michael J. Fortunato to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611007246.) filed by Merrill Lynch, Pierce, Fenner & Smith, Incorporated. (aaa, Court Staff) (Filed on 6/12/2007) (Entered: 06/13/2007) |
| 06/12/2007 | | [Proposed] Order re 6 MOTION for leave for admission of Attorney Michael J. Fortunato to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611007246.) by Merrill Lynch, Pierce, Fenner & Smith, Incorporated. (aaa, Court Staff) (Filed on 6/12/2007) (Entered: 06/13/2007) |
| 06/12/2007 | 7 | MOTION for leave for admission of Attorney Patricia Bailey Tsipras to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611007246.) filed by Merrill Lynch, Pierce, Fenner & Smith, Incorporated. (aaa, Court Staff) (Filed on 6/12/2007) (Entered: 06/13/2007) |

| | | |
|---|---|---|
| 06/12/2007 | | [Proposed] Order re 7 MOTION for leave for admission of Attorney Patricia Bailey Tsipras to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611007246.) MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 3461100724.) by Merrill Lynch, Pierce, Fenner & Smith, Incorporated. (aaa, Court Staff) (Filed on 6/12/2007) (Entered: 06/13/2007) |
| 06/18/2007 | 8 | ORDER by Senior Judge Samuel Conti granting 6 Motion for leave for admission of Attorney Michael J. Fortunato Pro Hac Vice (aaa, Court Staff) (Filed on 6/18/2007) Additional attachment(s) added on 6/19/2007 (aaa, Court Staff). (Entered: 06/19/2007) |
| 06/18/2007 | 9 | ORDER by Senior Judge Samuel Conti granting 7 Motion for leave for admission of Attorney Patricia Bailey Tsipras Pro Hac Vice (aaa, Court Staff) (Filed on 6/18/2007) (Entered: 06/19/2007) |
| 06/18/2007 | | (Court only) ***Attorney Michael J. Fortunato for Merrill Lynch, Pierce, Fenner & Smith, Incorporated, Patricia Bailey Tsipras for Merrill Lynch, Pierce, Fenner & Smith, Incorporated added. Re 8 & 9 Order(s) (aaa, Court Staff) (Filed on 6/18/2007) (Entered: 06/19/2007) |
| 07/27/2007 | 10 | Memorandum in Opposition *to 1 Petition to Vacate Arbitration Award* filed byMerrill Lynch, Pierce, Fenner & Smith, Incorporated. (Tsipras, Patricia) (Filed on 7/27/2007) Modified on 7/30/2007 (aaa, Court Staff). (Entered: 07/27/2007) |
| 07/27/2007 | 11 | Cross MOTION to Confirm Arbitration Award filed by Merrill Lynch, Pierce, Fenner & Smith, Incorporated. Motion Hearing set for 9/7/2007 10:00 AM in Courtroom 1, 17th Floor, San Francisco. (Tsipras, Patricia) (Filed on 7/27/2007) (Entered: 07/27/2007) |
| 07/27/2007 | 12 | Declaration of Patricia Bailey Tsipras in Support of 11 Cross MOTION to Confirm Arbitration Award, 10 Memorandum in Opposition *to Petition to Vacate* filed byMerrill Lynch, Pierce, Fenner & Smith, Incorporated. (Related document(s) 11 , 10 ) (Tsipras, Patricia) (Filed on 7/27/2007) (Entered: 07/27/2007) |
| 07/27/2007 | 13 | EXHIBITS re 12 Declaration in Support, *of Cross-Motion to Confirm and in Opposition to Petition to Vacate* filed byMerrill Lynch, Pierce, Fenner & Smith, Incorporated. (Related document(s) 12 ) (Tsipras, Patricia) (Filed on 7/27/2007) (Entered: 07/27/2007) |
| 07/27/2007 | 14 | EXHIBITS re 13 Exhibits, 12 Declaration in Support, *of Cross-Motion to Confirm and in Opposition to Petition to Vacate* filed byMerrill Lynch, Pierce, Fenner & Smith, Incorporated. (Related document(s) 13 , 12 ) (Tsipras, Patricia) (Filed on 7/27/2007) (Entered: 07/27/2007) |
| 07/27/2007 | 15 | EXHIBITS re 13 Exhibits, 12 Declaration in Support, 14 Exhibits, *Cross-Motion to Confirm and in Opposition to Petition to Vacate* filed byMerrill Lynch, Pierce, Fenner & Smith, Incorporated. (Related document(s) 13 , 12 , 14 ) (Tsipras, Patricia) (Filed on 7/27/2007) (Entered: 07/27/2007) |
| | | |

| | | |
|---|---|---|
| 07/27/2007 | 16 | EXHIBITS re 13 Exhibits, 12 Declaration in Support, 15 Exhibits, 14 Exhibits, *Cross-Motion to Confirm and in Opposition to Petition to Vacate* filed byMerrill Lynch, Pierce, Fenner & Smith, Incorporated. (Related document(s) 13 , 12 , 15 , 14 ) (Tsipras, Patricia) (Filed on 7/27/2007) (Entered: 07/27/2007) |
| 07/27/2007 | 17 | Proposed Order re 11 Cross MOTION to Confirm Arbitration Award, 10 Memorandum in Opposition *to Petition to Vacate* by Merrill Lynch, Pierce, Fenner & Smith, Incorporated. (Tsipras, Patricia) (Filed on 7/27/2007) (Entered: 07/27/2007) |
| 08/14/2007 | 18 | Certificate of Interested Entities by Timothy A. Canning (Canning, Timothy) (Filed on 8/14/2007) (Entered: 08/14/2007) |
| 08/17/2007 | 19 | ADR Certification (ADR L.R. 3-5b) of discussion of ADR options (Tsipras, Patricia) (Filed on 8/17/2007) (Entered: 08/17/2007) |
| 08/17/2007 | 20 | Certificate of Interested Entities by Patricia Bailey Tsipras *for Merrill Lynch* (Tsipras, Patricia) (Filed on 8/17/2007) (Entered: 08/17/2007) |
| 08/17/2007 | 21 | Memorandum in Opposition *to 11 Motion to Confirm Arbitration Award* filed byRobert J. Knight. (Canning, Timothy) (Filed on 8/17/2007) Modified on 8/20/2007 (aaa, Court Staff). (Entered: 08/17/2007) |
| 08/20/2007 | 22 | ADR Certification (ADR L.R. 3-5b) of discussion of ADR options (Canning, Timothy) (Filed on 8/20/2007) (Entered: 08/20/2007) |
| 08/20/2007 | 23 | NOTICE of need for ADR Phone Conference (ADR L.R. 3-5 d) (Canning, Timothy) (Filed on 8/20/2007) (Entered: 08/20/2007) |
| 08/24/2007 | 24 | Request for Judicial Notice re 21 Memorandum in Opposition *To Motion To Confirm Arbitration Award* filed byRobert J. Knight. (Related document(s) 21 ) (Canning, Timothy) (Filed on 8/24/2007) (Entered: 08/24/2007) |
| 08/24/2007 | 25 | REPLY to Response to Motion re 11 Cross MOTION to Confirm Arbitration Award filed byMerrill Lynch, Pierce, Fenner & Smith, Incorporated. (Attachments: # 1 Appendix Tabs 1 through 7)(Tsipras, Patricia) (Filed on 8/24/2007) (Entered: 08/24/2007) |
| 08/24/2007 | 26 | Appendix re 25 Reply to Response to Motion *Tabs 8-12* filed byMerrill Lynch, Pierce, Fenner & Smith, Incorporated. (Related document(s) 25 ) (Tsipras, Patricia) (Filed on 8/24/2007) (Entered: 08/24/2007) |
| 08/28/2007 | 27 | ADR Clerks Notice Setting ADR Phone Conference on 9/5/07 at 10:30 a.m. Please take note that plaintiff's counsel initiates the call to all parties. (tjs, COURT STAFF) (Filed on 8/28/2007) (Entered: 08/28/2007) |
| 08/29/2007 | 28 | Memorandum in Opposition 24 *to Request for Judicial Notice* filed byMerrill Lynch, Pierce, Fenner & Smith, Incorporated. (Tsipras, Patricia) (Filed on 8/29/2007) Modified on 8/30/2007 (sis, COURT STAFF). (Entered: 08/29/2007) |
| 08/29/2007 | 29 | Declaration of Patricia Bailey Tsipras in Support of 28 Memorandum in |

|  |  |  |
|---|---|---|
|  |  | Opposition *to Request for Judicial Notice* filed byMerrill Lynch, Pierce, Fenner & Smith, Incorporated. (Attachments: # 1 Exhibit)(Related document(s) 28 ) (Tsipras, Patricia) (Filed on 8/29/2007) (Entered: 08/29/2007) |
| 08/31/2007 | 30 | JOINT CASE MANAGEMENT STATEMENT filed by Merrill Lynch, Pierce, Fenner & Smith, Incorporated. (Tsipras, Patricia) (Filed on 8/31/2007) (Entered: 08/31/2007) |
| 08/31/2007 | 31 | Proposed Order re 30 Case Management Statement (Joint) by Merrill Lynch, Pierce, Fenner & Smith, Incorporated. (Tsipras, Patricia) (Filed on 8/31/2007) (Entered: 08/31/2007) |
| 08/31/2007 | 32 | Proposed Order re 21 Memorandum in Opposition *Denying Motion to Confirm And Granting Petition to Vacate* by Robert J. Knight. (Canning, Timothy) (Filed on 8/31/2007) (Entered: 08/31/2007) |
| 08/31/2007 | 33 | Reply Memorandum 24 *In Support Of Request For Judicial Notice* filed byRobert J. Knight. (Canning, Timothy) (Filed on 8/31/2007) Modified on 9/4/2007 (sis, COURT STAFF). (Entered: 08/31/2007) |
| 09/05/2007 |  | ADR Remark: ADR Phone Conference conducted on 9/5/07 by HAH. (tjs, COURT STAFF) (Filed on 9/5/2007) (Entered: 09/05/2007) |
| 03/26/2008 | 34 | ORDER by Judge Samuel Conti granting 11 Motion to Confirm Arbitration Award (sclc2, COURT STAFF) (Filed on 3/26/2008) (Entered: 03/26/2008) |
| 03/26/2008 | 35 | JUDGMENT. Signed by Judge Samuel Conti on 3/26/2008. (sclc2, COURT STAFF) (Filed on 3/26/2008) (Entered: 03/26/2008) |
| 03/26/2008 |  | (Court only) ***Civil Case Terminated. (sclc2, COURT STAFF) (Filed on 3/26/2008) (Entered: 03/26/2008) |
| 04/22/2008 | 36 | NOTICE OF APPEAL as to 34 Order on Motion to Confirm Arbitration Award, 35 Judgment by Robert J. Knight. Filing fee $ 455.00, receipt number 34611018416. (aaa, Court Staff) (Filed on 4/22/2008) (Entered: 04/24/2008) |
| 04/22/2008 |  | UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT CIVIL APPEALS DOCKETING STATEMENT. Re 36 Notice of Appeal. (aaa, Court Staff) (Filed on 4/22/2008) (Entered: 04/24/2008) |
| 04/24/2008 | 37 | Transmission of Cover Letter, Notice of Appeal Transmittal Form and Docket Sheet to US Court of Appeals re 36 Notice of Appeal (aaa, Court Staff) (Filed on 4/24/2008) (Additional attachment(s) added on 4/24/2008: # 1 Transmittal Form) (aaa, Court Staff). (Entered: 04/24/2008) |
| 04/24/2008 | 38 | Certificate of Record Mailed to USCA re appeal 36 Notice of Appeal : (aaa, Court Staff) (Filed on 4/24/2008) (Entered: 04/24/2008) |
| 04/24/2008 | 39 | Copy of 36 Notice of Appeal and Docket sheet mailed to all counsel without an e-mailing address. (aaa, Court Staff) (Filed on 4/24/2008) |

| | | (Entered: 04/24/2008) |